**FILED**

Boll

JUN - 2 2026

IN THE UNITED STATES DISTRICT COURT     CLERK U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 26- 101 |
| CHRISTOPHER JONES | (18 U.S.C. §§ 2422(b) and 2251(a) and (e)) |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 1, 2026, in the Western District of Pennsylvania and elsewhere, the defendant, CHRISTOPHER JONES, did use a facility and means of interstate commerce, specifically the Internet and a cellular telephone network, to knowingly persuade, induce, entice and coerce an individual known to the grand jury, herein identified as "Minor Victim A," who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

The grand jury further charges:

On or about May 3, 2026, in the Western District of Pennsylvania and elsewhere, the defendant, CHRISTOPHER JONES, attempted to and did employ, use, persuade, induce, entice, and coerce a minor known to the grand jury, herein identified as "Minor Victim A," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct as those terms are defined in Title 18, United States Code, Section 2256, knowing and having reason to know that such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means including by computer and cellular telephone.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

2

## COUNT THREE

The grand jury further charges:

On or about May 4, 2026, in the Western District of Pennsylvania and elsewhere, the defendant, CHRISTOPHER JONES, attempted to and did employ, use, persuade, induce, entice, and coerce a minor known to the grand jury, herein identified as "Minor Victim A," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, as those terms are defined in Title 18, United States Code, Section 2256, knowing and having reason to know that such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means including by computer and cellular telephone.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

3

**FORFEITURE ALLEGATIONS**

1.      The allegations contained in Counts One through Three of this Indictment are incorporated by reference as though fully set forth herein.

2.      Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant, CHRISTOPHER JONES, that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Sections 2253 and 2428, in the event of the defendant's conviction at Counts One through Three of this Indictment.

3.      Pursuant to Title 18, United States Code, Sections 2253 and 2428, upon conviction of any one or more of the offenses set forth in Counts One through Three of this Indictment, the defendant, CHRISTOPHER JONES, shall forfeit to the United States of America:

a.      Any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or possessed in violation of Title 18, United States Code, Chapters 110 and 117; and

b.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, to include, but not be limited to the following, all of which were seized from the defendant on or about May 4, 2026:

4

      i.      One (1) Black Google Pixel 9 Pro

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
United States Attorney
PA ID No. 56816

_____
NICOLE A. STOCKEY
Assistant United States Attorney
PA ID No. 306955